BTXN 094 (rev. 5/04)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: Acis Capital Management GP, LLC,　§
　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　§　Case No.: 18-30265-SGJ7
　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　Debtor(s)　§
　　　　　　　　　　　　　　　　　　　　§

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

☒ is the first mail matrix in this case.

☐ adds entities not listed on previously filed mailing list(s).

☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).

☐ deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.1, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

_____5/7/18_____　　　　　　　　　　　　　/s/ Michael D. Warner
Date　　　　　　　　　　　　　　　　　　　Signature of Attorney (if applicable)

_____[signature]_____　　　　　　　　　　　27-2756228
Signature of Debtor　　　　　　　　　　　　Debtor's Social Security (last four digits only) /Tax ID No.

_____　　　　　　　　　　_____
Signature of Joint Debtor (if applicable)　　　Joint Debtor's Social Security (last four digits only) /Tax ID No.

Acis Capital Management, L.P.
300 Crescent Court
Suite 700
Dallas, TX 75201

Acis CLO 2013-1 Chemical Holdings, LLC
1209 Orange Street
Wilmington, DE 19801

Acis CLO 2013-1 Ltd.
c/o Appleby Trust, Attn: The Directors
Clifton House, 75 Fort St., PO Box 1350
Grand Cayman, Cayman Islands KY1-1102

Acis CLO 2013-2 Ltd.
c/o MapleFS Limited, Attn: The Directors
P.O. Box 1093, Boundary Hall, Cricket Sq
Grand Cayman, Cayman Islands KY1-1102

Acis CLO 2014-3 Chemical Holdings, LLC
1209 Orange Street
Wilmington, DE 19801

Acis CLO 2014-3 Ltd.
c/o MapleFS Limited, Attn: The Directors
P.O. Box 1093, Boundary Hall, Cricket Sq
Grand Cayman, Cayman Islands KY1-1102

Acis CLO 2014-4 Chemical Holdings, LLC
1209 Orange Street
Wilmington, DE 19801

Acis CLO 2014-4 Ltd.
c/o MapleFS Limited, Attn: The Directors
P.O. Box 1093, Boundary Hall, Cricket Sq
Grand Cayman, Cayman Islands KY1-1102

Acis CLO 2014-5 Chemical Holdings, LLC
1209 Orange Street
Wilmington, DE 19801

Acis CLO 2014-5 Ltd.
c/o MapleFS Limited, Attn: The Directors
P.O. Box 1093, Boundary Hall, Cricket Sq
Grand Cayman, Cayman Islands KY1-1102

Acis CLO 2015-6 Chemical Holdings, LLC
1209 Orange Street
Wilmington, DE 19801

Acis CLO 2015-6 Ltd.
c/o MapleFS Limited, Attn: The Directors
P.O. Box 1093, Boundary Hall, Cricket Sq
Grand Cayman, Cayman Islands KY1-1102

Acis CLO 2017-7 Ltd.
c/o MapleFS Limited, Attn: The Directors
PO Box 1093, Boundary Hall, Cricket Sq
Grand Cayman, Cayman Islands KY1-1102

Acis CLO Management, LLC
1209 Orange Street
Wilmington, DE 19801

Acis CLO Value Fund II (Cayman), L.P.
PO Box 309, Ugland House
Grand Cayman, Cayman Islands KY1-1104

Acis CLO Value Fund II GP, LLC
P.O. Box 309, Ugland House
Grand Cayman, Cayman Islands KY1-1104

Acis CLO Value Fund II, L.P.
300 Crescent Court
Suite 700
Dallas, TX 75201

Acis CLO Value GP, LLC
1209 Orange Street
Wilmington, DE 19801

Acis CLO Value Master Fund II, L.P.
P.O. Box 309, Ugland House
Grand Cayman, Cayman Islands KY1-1104

Acis Funding GP, Ltd.
c/o Maples Corporate Services Limited
PO Box 309, Ugland House
Grand Cayman, Cayman Islands KY1-1104

Acis Funding, L.P.
c/o Maples Corporate Services, Limited
P.O. Box 309, Ugland House
Grand Cayman, Cayman Islands KY1-1104

Acis Loan Funding, Ltd.
300 Crescent Court
Suite 700
Dallas, TX 75201

Andrews Kurth Kenyon LLP
600 Travis
Suite 4200
Houston, TX 77002

BayVK R2 Lux S.A., SICAV-FIS
15 Rue de Flaxweiler
L-6776 Grevenmacher

BNP Paribas Securities Services
Luxembourg Branch
60 Avenue John F. Kennedy
1855 Luxembourg

Case Anywhere LLC
21860 Burbank Boulevard
Suite 125
Woodland Hills, CA 91367

CLO Holdco, Ltd.
c/o Intertrust Corp. Svcs. (Cayman) Ltd.
190 Elgin Avenue, George Town
Grand Cayman, Cayman Islands KY1-9005

CSI Global Deposition Services
4950 N. O'Connor Road
Suite 152
Irving, TX 75062-2778

CT Corporation
P.O. Box 4349
Carol Stream, IL 60197-4349

David Langford
1321 Indian Creek
DeSoto, TX 75115

David Simek
31 Woodsacres Road
Brookville, NY 11545

Drexel Limited
309 23rd Street 340
Miami Beach, FL 33139

Elite Document Technology
400 N. Saint Paul Street
Suite 1300
Dallas, TX 75201

Hewett's Island CLO I-R, Ltd.
c/o Maples Finance Limited
P.O. Box 1093, Queensgate House, South Church Street
GeorgeTown, Grand Cayman, Cayman Islands
KY1-1102

Highfield Equities, Inc.
3131 McKinney Avenue
Suite 215
Dallas, TX 75201

Highland Capital Management, L.P.
300 Crescent Court
Suite 700
Dallas, TX 75201

Highland Capital Management, L.P.
1209 Orange Street
Wilmington, DE 19801


JAMS, Inc.
18881 Von Karman Avenue
Suite 350
Irvine, CA 92612


Jones Day
2727 N. Harwood Street
Dallas, TX 75201


Joshua N. Terry
3509 Princeton Ave.
Dallas, TX 75205


Joshua N. Terry
25 Highland Park Village
Suite 100-848
Dallas, TX 75205


KPMG LLP
2323 Ross Avenue
Suite 1400
Dallas, TX 75201-2721


KPMG LLP
Aon Center
200 E. Randolph Street
Suite 5500
Chicago, IL 60601-6436


KPMG LLP (US)
Two Financial Center
60 South Street
Boston, MA 02111


Lackey Hershman LLP
3102 Oak Lawn Avenue
Suite 777
Dallas, TX 75219

McKool Smith, P.C.
300 Crescent Court
Suite 1500
Dallas, TX 75201


Mizuho Securities USA Inc.
320 Park Avenue
12th Floor
New York, NY 10022


Reid Collins & Tsai, LLP
1301 S. Capital of Texas Highway
Building C, Suite 300
Austin, TX 78746


Stanton Advisors LLC
300 Coles Street
Apartment 802
Jersey City, NJ 07310


Stanton Law Firm
9400 North Central Expressway
Suite 1304
Dallas, TX 75231


State Street (Guernsey) Limited
First Floor Dorey Court
Admiral Park
St. Peter Port, Guernsey


The Bank of N.Y. Mellon Trust Co., N.A.
225 Liberty Street
New York, NY 10286


The Dugaboy Investment Trust
300 Crescent Court
Suite 700
Dallas, TX 75201


The TASA Group, Inc.
1166 DeKalb Pike
Blue Bell, PA 19422-1853

```
U.S. Bank National Association
Attn: Michael Zak
60 Livingston Avenue
EP-MN-WS3D
Saint Paul, MN 55107


Universal-Investment-Luxembourg S.A.
15 Rue de Flaxweiler
L-6776 Grevenmacher
```